**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA**

**Plaintiff,**

**v.**

**RONNIE LAUDERDALE,**

**Defendant.**                                              **No. 07-CR-30052-DRH**

<u>**ORDER**</u>

**HERNDON, District Judge:**

Defendant Ronnie Lauderdale was previously indicted on October 19, 2006 under criminal case number 06-30142.  The case was assigned to Judge Michael J. Reagan.  On April 11, 2007, Judge Reagan dismissed the indictment without prejudice for violations of Defendant Lauderdale's Speedy Trial Act rights. (Doc. 71.)   On April 19, 2007, a second indictment was issued as to Defendant Lauderdale under criminal case number 07-30052 and the case was assigned to this Court.   In light of Judge Reagan's familiarity with the matter, this action is **REASSIGNED** to Judge Reagan.  All future filings should bear criminal case number 07-30052-MJR.

**IT IS SO ORDERED.**

Signed this 15th day of June, 2007.

/s/          David  RHerndon
**United States District Judge**